Court of Criminal Appeals of Texas.

Nov. 19, 1952.

## CRAIN v. STATE.
### No. 26046.

Court of Criminal Appeals of Texas.

Nov. 19, 1952.

**710**

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is murder; the punishment, three years.

No statement of facts or bills of exception accompany the record.

The trial court, when sentencing the appellant, failed to give application to the indeterminate sentence law.

The sentence is now reformed to read "not less than two nor more than three years" and as reformed is affirmed.